UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MICHAELS,

    Plaintiff,                                         CASE NO.: 8:15-cv-137-T-30MAP

-vs-

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, David Michaels, and the Defendant, Santander Consumer USA, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of October, 2015.

| /s/ William Peerce Howard | /s/ Sahily Serradet |
|---|---|
| William Peerce Howard, Esquire | Sahily Serradet, Esquire |
| Morgan & Morgan, P.A. | Liebler, Gonzalez & Portuondo |
| One Tampa City Center | 44 West Flagler St., 25th Floor |
| 201 N. Franklin St., 7th Floor | Miami, FL 33130 |
| Tampa, FL 33602 | Tele: (305) 379-0400 |
| Tele: (813) 223-5505 | Fax: (305) 379-9626 |
| Fax: (813) 223-5402 | ss@lgplaw.com |
| bhoward@forthepeople.com | Florida Bar#: 0077620 |
| Florida Bar #: 0103330 | Attorney for Defendant |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29th, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

Respectfully submitted,

/s/ *William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.: 0103330