UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MICHAELS,

   Plaintiff,                           CASE NO.: 8:15-cv-137-T-30MAP

-vs-

SANTANDER CONSUMER USA, INC.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, David Michaels, and the Defendant, Santander Consumer USA, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of October, 2015.

/s/ William Peerce Howard
William Peerce Howard, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
bhoward@forthepeople.com
Florida Bar #: 0103330
Attorney for Plaintiff

/s/ Sahily Serradet
Sahily Serradet, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., 25th Floor
Miami, FL 33130
Tele: (305) 379-0400
Fax: (305) 379-9626
ss@lgplaw.com
Florida Bar#: 0077620
Attorney for Defendant

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **29** day of **OCTOBER**, 20**15**.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE